# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

| | |
|---|---|
| JOHN LICITRA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC.,<br><br>　　　　　　Defendant. | Case No. 5:24-cv-5175-TLB |

## MOTION FOR ADMISSION *PRO HAC VICE* OF BRANT CASAVANT

Plaintiff John Licitra, through counsel and pursuant to Local Rule 83.5 of the United States District Court for the Western District of Arkansas, respectfully requests that this Court admit Brant Casavant *pro hac vice* so that he, with the undersigned counsel, may appear for Plaintiff in the above-styled matter. As the basis for this motion, Plaintiff states as follows:

　　1.　　Mr. Casavant avers that he is eligible and qualified to be admitted to practice before this Court *pro hac vice*. Mr. Casavant is a principal at Fair Work P.C., a law firm that represents workers in wage and hour disputes and which maintains offices at 192 South Street, Suite 450 in Boston, Massachusetts 02111. His telephone is (617) 321-6777 and e-mail address is brant@fairworklaw.com. Mr. Casavant resides in Medford, Massachusetts. He was admitted to the Massachusetts bar on December 8, 2008 and is in good standing with the Massachusetts Board of Bar Overseers.

　　2.　　Mr. Casavant further avers that he was admitted to practice in the First Circuit Court of Appeals in 2012, the Third Circuit Court of Appeals in 2013, the Ninth Circuit Court of Appeals in 2021, and the U.S. District Court – District of Massachusetts in 2010.

3. Mr. Casavant understands that by appearing in this case, he is subject to the rules of this Court just as if he were a member of the bar of this district. Pursuant to Local Rule 83.5, Mr. Casavant confers disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

4. Mr. Casavant has never been suspended from the practice of law nor been disciplined by any state or local committee of agency.

5. Sean Short, an attorney at the law firm of SANFORD LAW FIRM, PLLC, located at 10800 Financial Centre Pkwy, Suite 510, Little Rock, Arkansas 72211, phone (501) 221-0088, e-mail: sean@sanfordlawfirm.com, designates himself as local counsel for purposes of this Motion and has already made an appearance in this case.

6. Pursuant to this Motion, the undersigned is subsequently providing payment in the amount of $100.00 as a fee to be allowed to appear *pro hac vice* in this case.

Accordingly, for the reasons set forth herein, Plaintiff respectfully requests that the Court grant this motion for admission *pro hac vice* of Brant Casavant and allow Mr. Casavant to represent Plaintiff in the above-styled matter.

This 13th day of August, 2024.

        Respectfully submitted,
        JOHN LICITRA,

        By his attorneys,

        /s/ *Sean Short*
        Sean Short
        Ark. Bar No. 2015079
        Sanford Law Firm, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, AR 72211
        Tel: (501) 221-0088
        Fax: (888) 787-2040
        Email: sean@sanfordlawfirm.com

        Brant Casavant, Esq.
          *Pro hac vice* application pending
        FAIR WORK, P.C.
        192 South Street, Suite 450
        Boston, Massachusetts 02111
        Tel: (617) 607-3260
        brant@fairworklaw.com