AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| JOHN LICITRA <br><br> *Plaintiff(s)* <br> v. <br><br> J.B. HUNT TRANSPORT, INC., <br><br> *Defendant(s)* | Civil Action No. 5:24-cv-05175-TLB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* J.B. HUNT TRANSPORT, INC.,
CSC OF COBB COUNTY INC.
192 ANDERSON STREET SE
SUITE 125
MARRIETTA, GEORGIA 30060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SEAN SHORT
SANFORD LAW FIRM
10800 FINANCIAL CENTRE PKWY, SUITE 510
LITTLE ROCK, AR 72211
(501) 221-0088
sean@sanfordlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/13/2024

*Rebecca I. Akins*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **5:24-CV-5175-TLB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for    **J.B. Hunt Transport Inc c/o CSC of Cobb County Inc**
was recieved by me on  **8/13/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **c/o CSC of Cobb County Inc**, who is designated by law to accept service of process on behalf of **J.B. Hunt Transport Inc c/o CSC of Cobb County Inc** at **192 Anderson St SE Ste 125, Marietta, GA 30060** on **08/14/2024 at 8:52 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 136.74** for services, for a total of **$ 136.74**.

I declare under penalty of perjury that this information is true.

Date:   08/14/2024

*Server's signature*

**Donna J Jones**
*Printed name and title*

**3603 Main Station Road SW
Marietta, GA 30008**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Terri Thompson who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.**



Tracking #: **0140382021**

