UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JOHN LICITRA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC.,<br><br>　　　　　　　Defendant. | Case No. 5:24-cv-5175 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for the plaintiff in this matter, John Licitra. I certify that I am admitted to practice in this Court.

Dated: August 14, 2024.　　　　　　　　　　 /s/ Brant Casavant
　　　　　　　　　　　　　　　　　　　　Brant Casavant, Mass. BBO #672614
　　　　　　　　　　　　　　　　　　　　　Admitted *pro hac vice*
　　　　　　　　　　　　　　　　　　　　FAIR WORK P.C.
　　　　　　　　　　　　　　　　　　　　192 South Street, Suite 450
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02111
　　　　　　　　　　　　　　　　　　　　Tel: (617) 607-3260
　　　　　　　　　　　　　　　　　　　　brant@fairworklaw.com