**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**JOHN LICITRA**                                                                                          **PLAINTIFF**

V.                                         NO. 5:24-CV-5175-TLB

**J. B. HUNT TRANSPORT, INC.**                                                         **DEFENDANT**

**SECOND JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE
PLEADINGS TO PLAINTIFF'S COMPLAINT**

COME the parties, Plaintiff John Licitra, by counsel, Sanford Law Firm and Fair Work, P.C., and Defendant J.B. Hunt Transport, Inc., by counsel, Tracy Law, PLLC, and hereby make the following Second Joint Motion to Extend Time to File Responsive Pleadings to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 6(b):

1. Plaintiff filed his Complaint in the instant matter on August 12, 2024 alleging various breach of contract and payment issues pursuant to the terms of a lease agreement. (Doc. 2). Plaintiff has filed Proof of Service on Defendant demonstrating efforts at service on August 14, 2024. (Doc. 7).

2. The parties stipulate and agree that Defendant's time to Answer or file responsive pleadings to Plaintiff's Complaint (Doc. 2, filed 8/12/24) shall be extended by an additional two weeks, from October 4, 2024 to October 18, 2024, and respectfully request the Court Order such an extension pursuant to Fed. R. Civ. P. 6. Defendant additionally requests any such extension reserves Defendant's right to assert any and all affirmative defenses which may be available.

3. The additional extension is necessary to provide all counsel with an opportunity to assess the allegations in the Complaint, prepare appropriate responsive pleadings, and determine if early resolution is a viable option.

4. The parties stipulate and agree this extension is in good faith and for good cause.

WHEREFORE, the parties respectfully request the agreed extension be granted, and for all other good and proper relief.

Dated: October 3, 2024.

Respectfully submitted,

**TRACY LAW, PLLC**
918 W. 6th Street
Little Rock, Arkansas 72202
501.712.5899
amytracy@tracypllc.com

By: _____
AMY L. TRACY, ABN 2010122
*Attorney for Defendant*

and

By: /s/ *Brant Casavant*
SEAN SHORT
JOSH SANFORD
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
sean@sanfordlawfirm.com

Mr. Brant Casavant
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, Massachusetts 02111
brant@fairworklaw.com
*Attorneys for Plaintiff*