UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JOHN LICITRA,<br><br>            Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC.,<br><br>            Defendant. | Case No. 5:24-cv-5175 |

**(ASSENTED-TO) MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Plaintiff John Licitra hereby respectfully moves for a two-week (14 day) extension of his deadline to file a response to the Motion to Compel Arbitration submitted to this Court by Defendant J.B. Hunt Transport, Inc. As the basis for this request, Plaintiff states that the requested extension is necessary to accommodate a press of other matters by his counsel, including substantive briefing which occupied much of his time over the preceding week. Further, Plaintiff states that the parties did not have the opportunity to meaningfully confer prior to Defendant filing the Motion; conferring now may obviate the need for a response by Plaintiff, or a ruling by this Court. Even if not, additional time will enable the parties to narrow the issues on which they may require a ruling by this Court. Finally, Plaintiff states that he submits this request in good faith, without any intent to cause undue delay, and that the requested extension, if granted, will cause no party any undue prejudice.

Accordingly, Plaintiff respectfully requests that the Court extend the deadline by which time he must file a response to Defendant's Motion to Compel Arbitration by two weeks (14 days), to November 15, 2024.

                                                                                                Respectfully submitted,
JOHN LICITRA,

By his attorneys,

Dated: November 1, 2024.                   /s/ Brant Casavant
                                                    Brant Casavant, Mass. BBO #672614
                                                      Admitted *pro hac vice*
                                                    FAIR WORK P.C.
                                                    192 South Street, Suite 450
                                                    Boston, Massachusetts 02111
                                                    Tel: (617) 607-3260
                                                    brant@fairworklaw.com

                                                    Sean Short
                                                    Ark. Bar No. 2015079
                                                    sean@sanfordlawfirm.com
                                                    SANFORD LAW FIRM, PLLC
                                                    Kirkpatrick Plaza
                                                    10800 Financial Centre Parkway, Suite 510
                                                    Little Rock, AR 72211
                                                    Tel: (501) 221-0088
                                                    Fax: (888) 787-2040