UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JOHN LICITRA,<br><br>Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC.,<br><br>Defendant. | Case No. 5:24-cv-5175 |

## JOINT MOTION FOR STAY

Plaintiff John Licitra and Defendant J.B. Hunt Transport, Inc., hereby respectfully move for an order staying all deadlines in this case for a period of thirty (30) days, to December 11, 2024. As the basis for this request, the parties state that they are engaging in good faith discussions toward the potential resolution of this matter, including exchanging certain documents relevant to their claims and defenses on a confidential basis. The requested stay would help facilitate those discussions by allowing the parties to focus their time and resources on potential resolution, rather than litigation. Further, and to the extent the Court grants this Motion, the parties state that they will submit a status report concerning their efforts at resolving this matter on December 11 if they have not reached an agreement to resolve this matter before that date.

Respectfully submitted,
JOHN LICITRA,

By his attorneys,

J.B. HUNT TRANSPORT, INC.

By its attorneys,

 /s/ Brant Casavant
Brant Casavant, Mass. BBO #6726
  Admitted *pro hac vice*
FAIR WORK P.C.
192 South Street, Suite 450
Boston, Massachusetts 02111
Tel: (617) 607-3260
brant@fairworklaw.com

 /s/ Amy Tracy
Amy L. Tracy, ABN 2010122
TRACY LAW, PLLC
918 W. 6th Street
Little Rock, Arkansas 72202
501.712.5899
amytracy@tracypllc.com

Sean Short, Ark. Bar No. 2015079
sean@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211
Tel: (501) 221-0088
Fax: (888) 787-2040

**Dated:** November 12, 2024.