UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JOHN LICITRA,<br><br>               Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC.,<br><br>               Defendant. | Case No. 5:24-cv-5175 |

### JOINT MOTION TO CONTINUE CASE DEADLINES

Plaintiff John Licitra and Defendant J.B. Hunt Transport, Inc., hereby respectfully move for an order to continue certain deadlines in this matter. Specifically, the parties seek to continue the deadline by which Plaintiff must file a response to Defendant's motion to compel arbitration, *see* docket entry no. 14, and the initial case management deadlines provided for by Fed. R. Civ. P. 26 and this Court's order dated November 4, 2024, *see* docket entry no. 18, as follows:

| Event | Proposed Deadline |
|---|---|
| Plaintiff's response to Defendant's motion to compel arbitration | December 20, 2024 |
| Parties to file Rule 26(f) report | January 9, 2025 |
| Parties to exchange initial disclosures | January 16, 2025 |
| Defendant's reply | January 17, 2025 |
| Case management hearing | February 10, 2025 |

As the basis for this request, the parties state that they previously sought a stay in this matter to facilitate discussions toward the potential resolution. *See* docket entry no. 19. The Court has not acted on that motion. Nevertheless, the parties have used this time to work collaboratively toward resolution, including the confidential production, by Defendant, of certain documents and compensation records relevant to the parties' claims and defenses. Plaintiff and

1

his counsel are now analyzing those documents – and gathering his own materials for confidential production to Defendant – to provide Defendant with a demand for the proposed resolution of this matter. Notably, the documents the parties are exchanging at this time include many of the documents that they would need to exchange as part of the initial disclosure process under Fed. R. Civ. P. 26 and this Court's initial case management order. *See* docket entry no. 18 (directing the parties to "produce core discovery documents" with their initial disclosures). Thus, even if the parties are unable to resolve this dispute over the next month, they will have used that time productively.

The parties respectfully submit that their proposed schedule, as set forth herein, will streamline this early stage of the case by affording the parties time to meaningfully evaluate whether continued discussions toward early resolution would be productive. In the event resolution is not possible, the proposed schedule will enable the parties to finalize briefing on Defendant's motion to compel arbitration so that it is ripe for argument and consideration at the initial case management hearing, per the Court's order. *See id.* ("Counsel must be prepared to argue any motions – dispositive or otherwise – that become ripe for consideration on or before the Case Management Hearing."). In addition, the parties submit that their proposed schedule is reasonable because it will not prejudice any party, this case is still in its initial stages, no formal discovery has yet taken place, and no trial date has been established. The requested schedule is also conducive to counsel's work schedules given the upcoming holiday season, including the schedules of their clients.

Accordingly, for the reasons set forth herein, the parties respectfully request that the Court grant this motion and set the following deadlines for further proceedings: Plaintiff to file a response to Defendant's motion to compel arbitration by December 20, 2024; the parties to

submit a Rule 26(f) report by January 9, 2025; the parties to exchange initial disclosures by January 16, 2025; and the Court to hold a case management conference on February 10, 2025.

| | |
|---|---|
| Respectfully submitted,<br>JOHN LICITRA, | J.B. HUNT TRANSPORT, INC. |
| By his attorneys, | By its attorneys, |
| /s/ Brant Casavant<br>Brant Casavant, Mass. BBO #6726<br>  Admitted *pro hac vice*<br>FAIR WORK P.C.<br>192 South Street, Suite 450<br>Boston, Massachusetts 02111<br>Tel: (617) 607-3260<br>brant@fairworklaw.com<br><br>Sean Short, Ark. Bar No. 2015079<br>sean@sanfordlawfirm.com<br>SANFORD LAW FIRM, PLLC<br>Kirkpatrick Plaza<br>10800 Financial Centre Parkway, Suite 510<br>Little Rock, AR 72211<br>Tel: (501) 221-0088<br>Fax: (888) 787-2040 | /s/ Amy Tracy<br>Amy L. Tracy, ABN 2010122<br>TRACY LAW, PLLC<br>918 W. 6th Street<br>Little Rock, Arkansas 72202<br>501.712.5899<br>amytracy@tracypllc.com |

**Dated:** December 6, 2024.