UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN LICITRA,

           Plaintiff,

v.

J.B. HUNT TRANSPORT, INC.,

           Defendant.

Case No. 5:24-cv-5175

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff John Licitra and Defendant J.B. Hunt Transport, Inc., hereby STIPULATE AND AGREE to the voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with all rights of appeal waived. All parties shall bear their own fees, costs, and expenses.

Respectfully submitted,
JOHN LICITRA,

By his attorneys,

 /s/ Brant Casavant
Brant Casavant, Mass. BBO #6726
  Admitted *pro hac vice*
FAIR WORK P.C.
192 South Street, Suite 450
Boston, Massachusetts 02111
Tel: (617) 607-3260
brant@fairworklaw.com

J.B. HUNT TRANSPORT, INC.

By its attorneys,

 /s/ Amy Tracy
Amy L. Tracy, ABN 2010122
TRACY LAW, PLLC
918 W. 6th Street
Little Rock, Arkansas 72202
501.712.5899
amytracy@tracypllc.com

Sean Short, Ark. Bar No. 2015079
sean@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211
Tel: (501) 221-0088
Fax: (888) 787-2040

**Dated:** February 10, 2025.